**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**MISCELLANEOUS DOCKET NO.: 3:05MC211**
*(Related Criminal Docket No.: 3:04CR166-V)*

| | | |
|---|---|---|
| **IN RE: Special CJA Appointment** | ) | |
| **18 U.S.C. § 3006A** | ) | |
| ——————————————— | ) | |
| | | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **HENRY HARRIS,** | ) | |
| **Defendant.** | ) | |
| ——————————————— | ) | |

**THIS MATTER** is before the Court on its own motion.  On May 18, 2005, during the above-referenced criminal proceedings, *United States vs. Henry Lee Harris*, the undersigned authorized the special appointment of Attorney John Nickerson for purposes of advising potential defense witnesses Lottie C. Miller and Russell Glen regarding exercise of their privilege against self-incrimination pursuant to the Fifth Amendment of the U.S. Constitution. Counsel's timely service to the Court in this regard assisted Defendant in the presentation of his defense and allowed the trial to proceed without undue delay.  For the reasons stated, if counsel elects to do so, counsel may seek reimbursement from the United States for services rendered in connection with *Criminal Docket No.: 3:04CR166-V*.  18 U.S.C. §3006A(d)(4)(D)(I) (recognizing a criminal defendant's interest in protecting "any person's 5th amendment right against self-incrimination").

**IT IS HEREBY ORDERED** that Attorney John Nickerson is specially appointed as counsel in this matter for the limited purpose described herein, namely, advising potential defense witnesses regarding their Fifth Amendment rights.

**Signed: June 1, 2005**

Richard L. Voorhees
United States District Judge